Katherine R. Nichols (#16711)
SALT LAKE CITY CORPORATION
P.O. Box 145478
451 South State Street, Suite 505A
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
katherine.nichols@slcgov.com

*Attorneys for Defendants – Appellees Salt Lake City and Officer Clinton Fox*

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ESTATE OF PATRICK HARMON SR., PATRICK HARMON II, and TASHA SMITH,<br><br>    Plaintiffs – Appellants,<br><br>v.<br><br>SALT LAKE CITY CORPORATION, and OFFICER CLINTON FOX,<br><br>    Defendants – Appellees. | No. 23-4125<br><br>(D.C. No. 2:19-CV-00553-HCN-CMR)<br>(D. Utah) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEES' BRIEF

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Rule 27.6 of the Tenth Circuit Rules, Defendants – Appellees Salt Lake City Corporation and Officer Clinton Fox ("**Defendants**") file this Unopposed Motion for Extension of Time to File Appellees' Brief. The Appellees' Brief is currently due on January 29, 2024.

Defendants request a thirty-day extension of time to submit this brief. Defendants have not requested or received a prior extension of time for filing this brief.

Defendants are working diligently to prepare the brief; however, they require an extension due to counsel's responsibilities in other matters. In particular, undersigned counsel is sole counsel on this matter. In addition to the principal brief in this matter, counsel also has a number of significant litigation deadlines, including the following: (1) Appellant's brief due January 22, 2024, in *Ellis v. Salt Lake City Corporation, et al.,* Case No. 23-4059 (Tenth Circuit); (2) Reply to dispositive motion due January 19, 2024, and potential preliminary injunction hearing in *Barrani v. Salt Lake City*, Case No. 230907360 (Utah Third Dist. Ct.); and (3) Providing support for multi-day jury trial beginning February 5, 2024, in *Gonzalez v. Salt Lake City*, Case No. 210903204 (Utah Third Dist. Ct.).

Plaintiffs/Appellants, through counsel, stated they do not oppose this request.

For the foregoing reasons, Defendants request an extension of thirty (30) days to file the Appellees' Brief to and including February 28, 2024.

DATED: January 9, 2024.

SALT LAKE CITY CORPORATION

/s/ *Katherine R. Nichols*
Katherine R. Nichols

*Attorneys for Defendants/Appellees*

## **CERTIFICATION OF COUNSEL**

The undersigned hereby certifies that:

1.      Pursuant to Local Rule 25.5 of the Federal Rules of Appellate Procedure, all required privacy redactions have been made.

2.      Pursuant to Local Rule 31.5 of the Federal Rules of Appellate Procedure, any hard copies submitted to the Clerk of the Court today, are exact copies of the version submitted electronically.

3.      This file has been scanned for viruses using SentinelOne, Version 23.2.3.358, last updated January 9, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF** was electronically filed with the Clerk of Court on January 9, 2024, which sent notification of such filing to the following:

Corey D. Riley
Deiss Law PC
10 West 100 South, Suite 425
Salt Lake City, UT 84101
criley@deisslaw.com

Qusair Mohamedbhai
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
qm@rmlawyers.com

Laura L. Rovner
Nicholas A. Lutz
Miriam S. Kerler
University of Denver Sturm College of Law, Civil Rights Clinic
2255 East Evans Avenue, Suite 335
Denver, CO 80208
lrovner@law.du.edu
nlutz@law.du.edu
mkerler@law.du.edu

*Attorneys for Plaintiffs/Appellants*

/s/ Carol Prasad